PROB 22

# TRANSFER OF JURISDICTION

**FILED MAY 28 2010**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| **DOCKET NUMBER** (Tran. Court) | 1:06CR00170-001 |
| **DOCKET NUMBER** (Rec. Court) | 10CR50139-TUC-JMR/CRP |

**NAME AND ADDRESS OF SUPERVISED RELEASEE**

JOSE DE JESUS CARDENAS-MANZO
MEXICO

| DISTRICT | DIVISION |
|---|---|
| Eastern District of California | Southern |

**NAME OF SENTENCING JUDGE**

Anthony W. Ishii

| DATES OF SUPERVISED RELEASE: | FROM 04/04/2008 | TO 04/03/2011 |
|---|---|---|

**OFFENSE**  8 USC 1326 DEPORTED ALIEN FOUND IN THE US

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4-26-10
Date

_____
United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/20/10
Effective Date

_____
United States District Judge

CC:  United States Attorney
     FLU Unit-United States Attorney's Office
     Fiscal Clerk-Clerk's Office

**RECEIVED MAY 28 2010**
U.S. PROBATION OFFICE
EASTERN DIST. CALIF.
FRESNO SUPERVISION

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG